No. 80–1929. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 80–1930. GRANRUD *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 80–1933. LAPORTE TRANSIT CO., INC. *v.* LOCAL UNION NO. 301, CHAUFFEURS, TEAMSTERS & HELPERS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1935. GILBERT, TRUSTEE IN BANKRUPTCY, ET AL. *v.* FIRST NATIONAL BANK OF JACKSON, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 80–1943. KIRTZ ET AL. *v.* WIGGIN ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–1944. LUDDY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 80–1948. WRIGLEY *v.* WRIGLEY. Ct. App. Wis. Certiorari denied.

No. 80–1949. B. F. ET AL. *v.* COLORADO IN THE INTEREST OF T. A. F. Ct. App. Colo. Certiorari denied.

No. 80–1950. MARINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1959. NORDEN RESTAURANT CORP. *v.* SONS OF THE REVOLUTION IN THE STATE OF NEW YORK, INC. Ct. App. N. Y. Certiorari denied.